[No. 5117-1.   Division One.   November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES OLIVER CLAIRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77345, W. R. Cole, J., entered October 11,

1976. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Callow, J.